UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Alyssa Rogers, | : <br> : <br> : Civil Action No.: 2:19-cv-12379-GAD-APP <br> : |
| Plaintiff, | : |
| v. | : |
| Mid Michigan Home Healthcare, Inc., | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Alyssa Rogers ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 26, 2019

Respectfully submitted,

By: */s/Sergei Lemberg*
Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 26, 2019, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  */s/ Sergei Lemberg*
                 Sergei Lemberg, Esq.